# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JESSE RAY GOFF,<br><br>    Defendant. | Case No. 2:99-cr-00108-LDG<br><br>**ORDER** |

The defendant, Jesse Ray Goff, has filed a motion pursuant to 42 U.S.C. §2241 to correct his sentence. Defendant attacks his conviction for violating 28 U.S.C. §924(c)(1), a conviction affirmed by the Ninth Circuit in 2002. He has not shown any reason why his motion should not be treated as if brought pursuant to 28 U.S.C. §2255. The defendant is not entitled to any relief because (a) the motion is untimely, and (b) the motion asserts counsel was ineffective for failing to appeal the issue that counsel actually appealed. Accordingly,

THE COURT **ORDERS** that Defendant's Motion to Correct Sentence Pursuant to 42 U.S.C. §2241 (#219) is DENIED.

DATED this \_\_10\_\_ day of December, 2015.

_____
Lloyd D. George
United States District Judge